# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERVIN CHARLES ST. AMAND, | ) | NO. CV 00-5963-TJH(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| SHERMAN BLOCK, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Judgment is entered for Defendants.

DATED: December 2, 2010

*/s/ Terry J. Hatter, Jr.*

_____
TERRY J. HATTER JR.
UNITED STATES DISTRICT JUDGE